## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | |
| *Plaintiff,* | Civil No.: 18-cv-8829 (KSH) (CLW) |
| v. | |
| OLD BAILEY CORP., d/b/a PHEBE NIGHTCLUB & RESTAURANT; SAMY S. SHAKER a/k/a SAMY SOLIMAN SHAKER, | **ORDER & JUDGMENT** |
| *Defendants.* | |

This matter having been opened to the Court by plaintiff J&J Sports Productions, Inc. ("plaintiff"), seeking the entry of final judgment by default against defendants Old Bailey Corp. d/b/a Phebe Nightclub & Restaurant and Samy S. Shaker a/k/a Samy Soliman Shaker ("defendants") pursuant to Fed. R. Civ. P. 55(b); and the complaint in this matter having been filed on May 4, 2018; and service of the summons and complaint having been effectuated with respect to each of the defendants; and default having been entered by the Clerk of the Court on January 24, 2019, against defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 9th day of September, 2019,

**ORDERED** that plaintiff's motion for final judgment by default (D.E. 13) is GRANTED; and it is further

**ORDERED, ADJUDGED, AND DECREED** that plaintiff have judgment against defendants in the total amount of $6,600, comprised of the following:

a) $2,200 under 47 U.S.C. § 605(e)(3)(C)(i)(II); and

b) $4,400 under 47 U.S.C. § 605(e)(3)(C)(ii); and it is further

**ORDERED** that plaintiff shall file its motion for costs and attorneys' fees pursuant to 47

U.S.C. § 605(e)(3)(B)(iii) within 30 days after the date of entry of this order and judgment.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.